PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>         v.<br><br>ANTONIO ZAMORA,<br><br>                        Defendant. | CASE NO.  1:20-CR-00235-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>CURRENT DATE: September 16, 2022<br>TIME:9:00a.m.<br>COURT: Hon. Jennifer L. Thurston |

By previous order this matter was set for sentencing on September 16, 2022. Dkt.78. Due to recent turnover of support staff, the government only recently produced additional supplemental discovery to defense counsel and probation on August 3, 2022. Consequently, the parties have agreed and hereby stipulate to continue the defendant's sentencing hearing. The parties have conferred and request the sentencing hearing be continued from September 16, 2022, to October 14, 2022.

Dated: August 9, 2022                             PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ JESSICA A. MASSEY
                                                  JESSICA A. MASSEY
                                                  Assistant U.S. Attorney

Dated:  August 9, 2022                            /s/ VICTOR M. CHAVEZ
                                                  VICTOR M. CHAVEZ
                                                  Counsel for Defendant
                                                  ANTONIO ZAMORA

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER                            1

**ORDER**

IT IS SO ORDERED.

Dated:  **August 9, 2022**                              /s/ Jennifer L. Thurston
                                                                  UNITED STATES DISTRICT JUDGE