# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ANTONIO ZAMORA,<br><br>                Defendant. | Case No. 1:20-cr-00235-JLT-SKO-3<br><br>ORDER REFERRING MOTION FOR COMPASSIONATE RELEASE TO FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE<br><br>(Doc. 111) |

Defendant Antonio Zamora was sentenced in this action on October 14, 2022. (Doc. 90.) On September 15, 2023, Defendant filed a pro se motion which the Court construes as a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. 111.)

Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed to represent defendant in connection with the motion for compassionate release. The FDO shall have 60 days from the date of this order to file a supplement to defendant's *pro se* motion <u>or</u> to notify the court and the government it does not intend to file a supplement. Thereafter, absent further order from the Court amending the deadlines, the government shall have 30 days from the date of the FDO's filing to file an opposition to defendant's motion. Any reply shall be filed within 15 days of the filing of any opposition by the government.

The Clerk of the Court is directed to include Assistant Federal Defenders Ann McClintock (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org), as well as Sara

1

Thomas with the United States Attorney's Office (Sara.Thomas@usdoj.gov) in the CM/ECF's Notice of Electronic Filing in this action.

IT IS SO ORDERED.

Dated:   **November 29, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE