UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:1:20-CR-00235-003-JLT |
| | ) | |
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTONIO ZAMORA, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant has demonstrated that he is financially unable to obtain counsel and requests the Court to appoint him counsel him on compassionate release. In the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Victor Chavez be appointed to represent the above defendant in this case effective *nunc pro tunc* to December 4, 2023, substituting the Federal Defenders Office appointed per G.O. 595.

IT IS SO ORDERED.

Dated: **January 22, 2024**

UNITED STATES DISTRICT JUDGE