VICTOR M. CHAVEZ, BAR #113752
ATTORNEY AT LAW
P.O. BOX 5965
FRESNO, CALIFORNIA 93755
TELEPHONE: (559) 824-6293

COUNSEL FOR DEFENDANT
ANTONIO ZAMORA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>ANTONIO ZAMORA,<br><br>                  Defendant. | CASE NO.  1:20:-CR-00235-003-JLT<br><br>REQUEST FOR NEW BRIEFING SCHEDULE   BY NEWLY APPOINTED CJA COUNSEL; ~~PROPOSED~~ ORDER |

     This Court appointed undersigned counsel to represent Mr. Zamora  on January 22, 2024. Doc. 135. This Court's prior order appointed the Federal Defender to represent defendant on his motion for compassionate release and  set a defense filing date for January 29, 2024. Doc.125  In light of his recent appointment defense counsel requests a new briefing schedule as follows:

      Counsel shall have until March 22, 2024 to file  a supplement to defendant's pro se motion or to notify the Court and the government it does not intend to file a supplement.  The government shall have 30 days from the date of defense's filing to file an opposition to defendant's motion.  Any reply shall be filed within 15 days of the filing of any opposition by the government.

                                                 Respectfully submitted,

Dated: January 23, 2024         */s/ Victor M. Chavez*
                                              VICTOR M. CHAVEZ
                                              Attorney for Antonio Zamora

Request for New Briefing Schedule

**ORDER**

In light of the recent appointment of CJA counsel to represent the defendant, the Court sets the following briefing schedule:

Counsel for defendant shall have until March 22, 2024 to file a supplement to defendant's pro se motion or to notify the Court and the government it does not intend to file a supplement. Thereafter the government shall have 30 days to file any opposition to defendant's motion. Any reply shall be filed within 15 days of the government's filing.

IT IS SO ORDERED.

Dated:   **January 24, 2024**                                        /s/ Jennifer L. Thurston
                                                                      UNITED STATES DISTRICT JUDGE