VICTOR M. CHAVEZ, BAR #113752
ATTORNEY AT LAW
P.O. BOX 5965
FRESNO, CALIFORNIA 93755
TELEPHONE: (559) 824-6293

COUNSEL FOR DEFENDANT
ANTONIO ZAMORA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ANTONIO ZAMORA,<br><br>          Defendant. | CASE NO. 1:20:-CR-00235-003-JLT<br><br>REQUEST FOR NEW BRIEFING SCHEDULE BY CJA COUNSEL; ~~PROPOSED~~ ORDER |

After appointment of CJA counsel on January 29, 2024 the Court set March 22, 2024 as the date for filing any supplement to defendant's pro se motion. Doc. 137  Due to the press of other work undersigned counsel respectfully requests additional time as set forth below:

Counsel shall have until May 24, 2024 to file a supplement to defendant's pro se motion or to notify the Court and the government it does not intend to file a supplement.  The government shall have 30 days from the date of defendant's filing to file an opposition to defendant's motion.  Any reply shall be filed within 15 days of the filing of any opposition by the government.

Respectfully submitted,

Dated: March 20, 2024        */s/ Victor M. Chavez*
                             VICTOR M. CHAVEZ
                             Attorney for Antonio Zamora

Request for New Briefing Schedule

PROPOSED ORDER

Counsel for defendant shall have until May 24, 2024 to file a supplement to defendant's pro se motion or to notify the Court and the government it does not intend to file a supplement. Thereafter the government shall have 30 days to file any opposition to defendant's motion. Any reply shall be filed within15 days of the government's filing.

IT IS SO ORDERED.

Dated:   **March 20, 2024**


UNITED STATES DISTRICT JUDGE